PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tomas Moquete                      Case Number: A02-103-28 CR (HRH)

Sentencing Judicial Officer:    H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:      November 20, 2003

Original Offense:               Possession/Distribution of a Controlled Substance

Original Sentence:              33 months jail, four years supervised release

Date Supervision Commenced: March 30, 2005

### PETITIONING THE COURT

[ ]  To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]  To modify the conditions of supervised release as follows:

That the defendant shall undergo a mental health evaluation and comply with any recommended treatment.

### CAUSE

The defendant has requested this modification due to emotional stress and temporary depression based on personal factors. The probation officer recommends the modification be ordered.

Respectfully submitted,

REDACTED SIGNATURE

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: June 27, 2006

-1-

*Request for Modification of Conditions or Term*
*Name of Offender       :       Tomas Moquete*
*Case Number            :       A02-103-28 CR (HRH)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: **6/28/06**

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Tomas Moquete               Docket No. A02-0103-028 CR (HRH)

  I, __Tomas Moquete__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

  "The defendant shall undergo a mental health evaluation and follow any recommended course of treatment."

Signed: *[signature]*                                Date: 6/27/06
    Tomas Moquete
    Probationer or Supervised Releasee

Witness: REDACTED SIGNATURE                          Date: 6/27/06
    Eric D. Odegard
    U.S. Probation/Pretrial Services Officer