PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
JAN 0 7 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tomas Moquete III                  Case Number: A02-103-28 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:   November 20, 2003

Original Offense:   Possession/Distribution of a Controlled Substance

Original Sentence:   33 months jail, four years supervised release

Date Supervision Commenced: April 4, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will participate in a home confinement program with Electronic Monitoring for a period not to exceed 120 days. The defendant will pay for the costs of that program.

### CAUSE

On December 13, 2007, the defendant plead no contest to an Assault 4th Degree charge in state court.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  December 18, 2007

*Request for Modification of Conditions or Term*
*Name of Offender      :      Tomas Moquete III*
*Case Number           :      A02-103-28 CR (HRH)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: 1/7/08

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Tomas Moquete III                             Docket No. A02-103-28 CR (HRH)

    I, _Tomas Moquete III_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant will participate in a home confinement program with Electronic Monitoring for a period not to exceed 120 days. The defendant will pay for the costs of that program.

Signed: _[signature]_  Date: _12-18-07_
       Tomas Moquete III
       Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**  Date: _12-18-07_
       Travis Lyons
       U.S. Probation/Pretrial Services Officer